UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

MARGUERITE B. GUARINO, ET AL    *          CIVIL ACTION

VERSUS                          *          NO: 06-6844

ARMED FORCES INSURANCE          *          SECTION: "D"(5)
EXCHANGE


                         **ORDER AND REASONS**


     Before the court is the **"Motion to Remand"** filed by Plaintiffs, Marguerite B. Guarino and William Jesse Guarino. *No memorandum in opposition was filed.* The motion, set for hearing on Wednesday, January 17, 2007, is before the court on Plaintiff's brief, without oral argument. Now, having considered the memorandum of Plaintiffs' counsel, the record, and the applicable law, the court finds the motion should be granted.

     In this Katrina-related matter, Plaintiffs initially filed suit in the 25th Judicial District for the Parish of Plaquemines, State of Louisiana, against their alleged property insurer, Armed Forces Insurance, for its alleged failure to pay the full amount of Plaintiffs' loss. However, in Paragraph IX of their Petition,

Plaintiffs alleges that the damages they seek "do not exceed $75,000.00, exclusive of interest and costs."

Defendant, Armed Forces Insurance, removed the matter to this court asserting that the court has diversity jurisdiction. However, while there is no dispute that there is complete diversity of citizenship between Plaintiffs and Defendant, Defendant has not only failed to show that it is facially apparent from Plaintiffs' Petition that Plaintiffs' claim exceeds $75,000, but Defendant has also failed to set forth facts in dispute that support a finding of the requisite amount.  *Gebbia v. Wal-Mart Stores, Inc.*, 233 F.3d 880, 882-83 (5th Cir. 2000).

Further, to resolve any ambiguity regarding the jurisdictional amount that existed at the time of removal, Plaintiffs have now executed a post-removal Affidavit wherein Plaintiffs have further "stipulate[d] that they will not attempt to execute any Judgment obtained in these proceedings in the amount of $75,000.00 or higher."  (*See* Plaintiffs' post-removal Affidavit attached to Plaintiffs' Memorandum as Exhibit A).  Accordingly;

**IT IS ORDERED** that Plaintiffs' **"Motion to Remand"** be and is hereby **GRANTED**, remanding this matter to the 25th Judicial District for the Parish of Plaquemines, State of Louisiana, for lack of subject matter jurisdiction.

New Orleans, Louisiana, this **16th** day of **January, 2007.**

```
                    _____
                           A.J. McNAMARA
                     UNITED STATES DISTRICT JUDGE
```